1  K. Randolph Moore, SBN 106933
2  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California 95112
4  Telephone (408) 298-2000
   Facsimile (408) 298-6046
5  Email: tanya@moorelawfirm.com

6  Attorneys for Plaintiff
   John Morales

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, | ) No. 1:11-CV-00569-DLB |
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | ) |
| VALERO CALIFORNIA RETAIL COMPANY, dba VALERO CORNER STORE, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendant Valero California Retail Company, dba Valero Corner Store, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: November 1, 2011                   MOORE LAW FIRM, P.C.


                                         /s/ Tanya E. Moore
                                         Tanya E. Moore
                                         Attorneys for Plaintiff John Morales

///

///

///

*Morales v. Valero California Retail Company, dba Valero Corner Store*
Stipulation for Dismissal; [Proposed] Order
Page 1

Date: November 1, 2011                    KEESAL, YOUNG & LOGAN


                                           /s/ Garrett R. Wynne
                                           Garrett R. Wynne, Attorneys for
                                           Defendant Valero California
                                           Retail Company, dba Valero Corner Store

**ORDER**


   The parties having so stipulated,

   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.


IT IS SO ORDERED.

   Dated:   **November 1, 2011**              /s/ *Dennis L. Beck*
                                           UNITED STATES MAGISTRATE JUDGE