K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, | No. 1:11-CV-00569-DLB |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| VALERO CALIFORNIA RETAIL COMPANY, dba VALERO CORNER STORE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendant Valero California Retail Company, dba Valero Corner Store, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: November 1, 2011                                    MOORE LAW FIRM, P.C.


                                                          /s/ Tanya E. Moore
                                                          Tanya E. Moore
                                                          Attorneys for Plaintiff John Morales

///

///

///

*Morales v. Valero California Retail Company, dba Valero Corner Store*
Stipulation for Dismissal; [Proposed] Order

1 | Date: November 1, 2011                                KEESAL, YOUNG & LOGAN

/s/ Garrett R. Wynne
Garrett R. Wynne, Attorneys for
Defendant Valero California
Retail Company, dba Valero Corner Store

**ORDER**

    The parties having so stipulated,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:    **November 1, 2011**                    /s/ Dennis L. Beck
                                                            UNITED STATES MAGISTRATE JUDGE